JUDGE CRONAN                                    25 CV 09097

# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Shenzhen Yilaima Technology Co., Ltd.<br><br>*Plaintiff,*<br><br>v.<br><br>Partnerships and Unincorporated Associations Identified on Schedule A<br>*Defendants.* | **Case No.** 1:25-mc-00446-JLR<br><br>**VERIFIED COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**(17 U.S.C. §§ 101 et seq.)** |

## INTRODUCTION

1. Plaintiff brings this action for copyright infringement under 17 U.S.C. §§101 et seq. Defendants operate third-party Amazon storefronts that have reproduced, displayed, distributed, marketed, and used Plaintiff's copyrighted visual works—including product photographs/graphics registered with the U.S. Copyright Office as Reg. No. VA0002458648—without authorization or license.

2. Defendants' unauthorized uses appear on commercial product listings identified by ASINs and seller IDs listed on Schedule A, and on the corresponding listing pages (the "Infringing Listings").

3. Defendants' conduct is willful and ongoing, has diverted sales and licensing opportunities, and has caused irreparable harm to Plaintiff.

## PARTIES

4. **Plaintiff Shenzhen Yilaima Technology Co., Ltd.** is a Limited Company with principal place of business at 1709, Building 10, Huangyuyuan, Futian South Road, Futian Street, Futian District, Shenzhen City, Guangdong Province, 518000, China. Plaintiff owns all

rights, title, and interest in the copyrighted work(s) at issue and is the claimant on U.S. Copyright Registration **VA0002458648** (visual arts).

5. **Defendants** are the persons and entities identified on **Schedule A** who operate Amazon storefronts accessible throughout the United States, including New York, and who transact business in this District via interactive commercial listings offering shipment to New York residents. On information and belief, many are foreign entities located in Shenzhen, China; they conduct continuous and systematic commercial activity directed at New York consumers via Amazon.

## JURISDICTION AND VENUE

6. This Court has federal-question jurisdiction under 28 U.S.C. §§1331 and 1338(a).

7. Personal jurisdiction exists under N.Y. C.P.L.R. §302(a)(1) and due process because each Defendant has, directly or through Amazon, **transacted business in New York** by offering and selling the accused products to New York residents, including at least one transaction that gives rise to the claims herein, and each intentionally targets the U.S. market including New York through interactive listings that calculate shipping to New York addresses.

8. Venue is proper in this District under 28 U.S.C. §1391(b) and **§1400(a)** because a substantial part of the events giving rise to the claims occurred here and because Defendants may be found in this District through their U.S. commercial activity.

## FACTUAL ALLEGATIONS

**Plaintiff's Works and Registration**

9. Plaintiff created original visual works of authorship (the "Works") consisting of product photographs/graphics used in connection with Plaintiff's earliest global usage time copyright was in Germany; Time: 2020-10-10; Asin: B08G4WFXZ9. In addition, earliest

date of copyright usage by the Plaintiff in the United States was 2021-02-28 with ASIN: B08L4TKQ57.

10. The first work was first published on **September 1, 2020**. The Plaintiff obtained the U.S. Copyright Registration **VA0002458645** on **April 18, 2025** (visual arts). A true and correct copy of the certificate is attached as **Exhibit A**. The second work was first published on **April 1, 2023**. Plaintiff obtained the U.S. Copyright Registration **VA0002458648** on **April 18, 2025** (visual arts). A true and correct copy of the certificate is attached as **Exhibit B**.

**Defendants' Infringement**

11. Defendants reproduced, displayed, distributed, and used the Works on the Infringing Listings without authorization to market and sell competing products. 13. Representative Infringing Listings include the ASINs and listing URLs shown on **Schedule A** (e.g., **B09ZLCFF9F, B09YL795WQ, B0DM2B6H25**). Screenshots of the Infringing Listings with side-by-side comparisons to Plaintiff's Works are attached as **Exhibit B**.

12. Defendants' listings copy protectable expression from Plaintiff's Works (including, without limitation, composition, arrangement, lighting, angles, shadows, color balance, background treatment, and graphic overlays), resulting in works that are substantially similar in protectable elements.

13. Defendants acted willfully. Despite actual or constructive notice of Plaintiff's rights (including visible similarities and marketplace notices), Defendants continued to use the Works to drive sales.

14. The Works are original and creative. Plaintiff has never licensed Defendants to use, reproduce, display, distribute, or create derivative versions of the Works.

**Irreparable Harm and Inadequacy of Legal Remedies**

15. Defendants' unauthorized use deprives Plaintiff of control over the presentation and licensing of the Works, harms Plaintiff's goodwill, and threatens loss of market opportunities and price erosion. Money damages alone cannot remedy the continuing harm, and injunctive relief is necessary to prevent further infringement.

**CLAIM FOR RELIEF**

**Copyright Infringement, 17 U.S.C. §501**

16. Plaintiff incorporates paragraphs 1–15.

17. Plaintiff owns valid copyrights in the Works, as evidenced by Registrations **VA0002458645** and **VA0002458648**.

18. Defendants copied protectable expression from the Works and infringed Plaintiff's exclusive rights under 17 U.S.C. §106 by reproducing, publicly displaying, and distributing the Works on the Infringing Listings.

19. Defendants' infringement was and is willful.

20. Plaintiff is entitled to actual damages and Defendants' profits, or statutory damages under 17 U.S.C. §504, plus costs and reasonable attorneys' fees under 17 U.S.C. §505, and to injunctive and other equitable relief under 17 U.S.C. §§502–503.

**Removal/Alteration of Copyright Management Information, 17 U.S.C. §1202**

21. Defendants intentionally removed/altered CMI knowing it would facilitate infringement, and the Plaintiff is seeking statutory damages and injunctive relief under §1203.

**PRAYER FOR RELIEF**

22. Plaintiff respectfully requests judgment against Defendants, jointly and severally, as follows:

a) A preliminary and permanent **injunction** prohibiting Defendants and those in active concert from infringing Plaintiff's Works, including removal of Infringing Listings and images from Amazon and any other sales channels;

b) An order under **17 U.S.C. §503** impounding and, upon final judgment, destroying all infringing copies and any devices or materials used to create them;

c) An order directing third-party service providers (including Amazon Payments, payment processors, and fulfillment centers) that are in active concert or participation with Defendants (Fed. R. Civ. P. 65(d)(2)) to disable the listings and preserve/transfer sales and inventory records sufficient to account for profits;

d) Damages: either (i) **actual damages and Defendants' profits** under §504(b); or (ii) **statutory damages** under §504(c), up to $150,000 per work for willful infringement whichever is greater;

e) Costs and **reasonable attorneys' fees** under §505;

f) Pre- and post-judgment interest; and

g) Any further relief the Court deems just and proper.


Dated: October 13, 2025                          Respectfully submitted,

                                                 /s/ Nitin Kaushik
                                                 Nitin Kaushik
                                                 1600 Perrineville Rd
                                                 Ste 2-400
                                                 Monroe Township, NJ 08831
                                                 Tel: 908-560-7265
                                                 Email: nitin.kaushik@gmail.com
                                                 *Counsel for Plaintiff*

# SCHEDULE A

| Copyright Information | Copyright Number: VA0002458648 Creation time: 2023 Public Time: 2023-04-01 Registration date: 2025-04-18 | #NAME? | Copyright Number: VA0002458645 Creation time: 2020 Public Time: 2020-09-01 Registration date: 2025-04-18 | #NAME? | | | |
|---|---|---|---|---|---|---|---|
| NO. | ASIN | Infringing link | store link | Store ID | Shop Name | Company Name | address |
| 1 | B09ZLCFF9F | https://www.amazon.com/Adjustable-Universal-360-degree-Rotatable-4-9-12-9/dp/B09ZLCFF9F/ref=sr_1_1?dib=... | https://www.amazon.com/sp?ie=UTF8&seller=A2X7VNAOGLKI6O&asin=B09ZLCFF9F&ref_=dp_merchant_link&isAmazonFulfilled=1 | A2X7VNAOGLKI6O | Samhouse | ShenZhen Qianhai Venture Co., Ltd. | Room 201, Building A, No.1 Qianwan 1st Road, Qianhai Shenzhen Hong Kong Cooperation Zone, Shenzhen |
| 2 | B09YL795WQ | https://www.amazon.com/SAMHOUSING-Base%E3%80%90Upgraded%E3%80%91-Adjustable-Compatible/dp/B09YL795WQ/ref=sr_2_2?dib=... | https://www.amazon.com/sp?ie=UTF8&seller=A843QDAX9D1E3&asin=B09YL795WQ&ref_=dp_merchant_link&isAmazonFulfilled=1 | A843QDAX9D1E3 | HANGTIAN | Shaanxi Rongde Aerospace Tech Development Co., Ltd | No. 10 Chang'an South Road, Yanta District, Xi'an City, Shaanxi Province |
| 3 | B0DM2B6H25 | https://www.amazon.com/Tablet-Double-Stable-Adjustable-Overhead/dp/B0DM2B6H25/ref=sr_1_2?dib=... | https://www.amazon.com/sp?ie=UTF8&seller=A15MQCAV8GVGZ2&asin=B0DM2B6H25&ref_=dp_merchant_link&isAmazonFulfilled=1 | A15MQCAV8GVGZ2 | Lucky Star USA | Shenzhen Florence Beauty Cosmetics Co., Ltd. | Room 2001, Building B, Innovation Building, Nanshan Street, Nanshan District, Shenzhen City, Guangdong Shenzhen CHINA |

# EXHIBIT A

Registration Number
**VA 2-458-645**
Effective Date of Registration:
April 18, 2025
Registration Decision Date:
August 21, 2025

## Title

**Title of Work:** Tablet Stand Instructions

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** September 01, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Bingliang ZHOU
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Shenzhen Yilaima Technology Co., Ltd
1709, Building 10, Huangyuyuan, Futian South Road, Futian Street, Futian District, Shenzhen City, Guangdong Province, 518000, China
**Transfer statement:** By written agreement

## Certification

**Name:** Bingliang ZHOU
**Date:** April 18, 2025

# EXHIBIT B

Registration Number
**VA 2-458-648**
Effective Date of Registration:
April 18, 2025
Registration Decision Date:
August 21, 2025

# Title

Title of Work: Tablet Stand Instructions 02

# Completion/Publication

Year of Completion: 2023
Date of 1st Publication: April 01, 2023
Nation of 1st Publication: United States

# Author

- Author: Bingliang ZHOU
  Author Created: 2-D artwork
  Citizen of: China

# Copyright Claimant

Copyright Claimant: Shenzhen Yilaima Technology Co., Ltd
1709, Building 10, Huangyuyuan, Futian South Road, Futian Street, Futian District, Shenzhen City, Guangdong Provinc, 518000, China
Transfer statement: By written agreement

# Certification

Name: Bingliang ZHOU
Date: April 18, 2025