# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Shenzhen Yilaima Technology Co., Ltd.<br>*Plaintiff,*<br><br>v.<br><br>Partnerships and Unincorporated Associations Identified on Schedule A<br>*Defendants.* | **Case No.** 25-mc-00446<br><br>~~Proposed~~ Order |

## ORDER GRANTING PLAINTIFF'S MOTION TO SEAL

Upon consideration of Plaintiff's Motion to Seal, the Court finds that good cause exists for granting the motion. The materials sought to be sealed contain sensitive information, including but not limited to confidential exhibits identifying Defendants, screenshots of infringing storefronts, and related documents that, if publicly disclosed, would likely prejudice Plaintiff's enforcement efforts and enable Defendants to evade jurisdiction and asset restraints.

Accordingly, it is hereby:

**ORDERED** that Plaintiff's Motion to Seal is GRANTED; and it is further

**ORDERED** that the case will be fully sealed, with access restricted to the Court and parties unless otherwise ordered

ORDERED that Plaintiff may publicly file redacted versions of the sealed documents that omit only the confidential information described above.

SO ORDERED.

Dated: October 15, 2025

New York, NY

*Jennifer Rochon*
United States District Judge
HON. JENNIFER L. ROCHON (Part I)

\*This order is without prejudice to reconsideration by the judge ultimately assigned to this case. Plaintiff shall proceed in accordance with the instructions set forth in ECF Rules 6.14 and 14.2. The Clerk of Court is respectfully requested to file this Order under seal and restrict the viewing to only the attorney appearing for the filing party and court personnel, and to terminate this miscellaneous case.