UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SHENZEN YILAIMA TECHNOLOGY CO.,
LTD.,

                    **Plaintiff,**

        **-against-**

PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

                  **Defendants.**

------------------------------------------------------------------X

**25-CV-9097 (JPC)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On January 20, 2026, Plaintiff indicated that it intends to file an amended complaint as of right pursuant to Federal Rule of Civil Procedure 15(a)(1). Plaintiff is directed to file the amended complaint by March 3, 2026, or, in the alternative, file a letter explaining why it is unable to do so.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      February 17, 2026
               New York, New York