UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHENZEN YILAIMA TECHNOLOGY CO.,
LTD.,

                              **Plaintiff,**

              -against-

PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

                              **Defendants.**

-----------------------------------------------------------------X

25-CV-9097 (JPC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On April 7, 2026, Plaintiff filed an Amended Complaint. ECF No. 31. To date,

Defendants have not responded within the time provided by Federal Rule of Civil Procedure

15(a)(3). Defendants shall respond to the Amended Complaint by June 5, 2026. If Defendants do

not respond by that date, Plaintiff shall file a letter by June 8, 2026, indicating whether it intends

to move for default judgment.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      May 28, 2026
            New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/2026