USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------------X**

**SHENZEN YILAIMA TECHNOLOGY CO., LTD.,**

**Plaintiff,**

**-against-**

**PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,**

**Defendants.**

**-----------------------------------------------------------------X**

**25-CV-9097 (JPC)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On June 3, 2026, the Court denied Defendants' motion to dismiss for insufficient service of process without prejudice and permitted Plaintiff an additional opportunity to effect service. The Court specifically noted that although Federal Rule of Civil Procedure 4(m)'s ninety-day service deadline does not apply to service in a foreign country, Plaintiff must nevertheless demonstrate due diligence in effecting service. Almost three months have now elapsed since that Order, and the docket does not reflect that service has been effected.

Accordingly, by September 4, 2026, Plaintiff shall file a letter describing in detail all efforts undertaken since June 3, 2026, to effect service on Defendants, including whether and when Plaintiff initiated service pursuant to the Hague Service Convention, the present status of any such request, and any other efforts undertaken to accomplish service.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: August 24, 2026
New York, New York