USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 9/11/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**----------------------------------------------------------------X**

**SHENZEN YILAIMA TECHNOLOGY CO., LTD.,**

**Plaintiff,**

**-against-**

**PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, et al.,**

**Defendants.**

**----------------------------------------------------------------X**

**25-CV-09097 (JPC)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On August 24, 2026, the Court ordered Plaintiff to file a letter by September 4, 2026, describing in detail all efforts undertaken since June 3, 2026, to effect service on Defendants, including whether and when Plaintiff initiated service pursuant to the Hague Service Convention, the present status of any such request, and any other efforts undertaken to accomplish service. Plaintiff has not yet done so. Plaintiff is directed to file proof of service or, in the alternative, why the case should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) no later than Friday, October 2, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 11, 2026
New York, New York